**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN**

Thomas G. Egner, Esq.
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511

Order Filed on August 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

----------------------------------------------------------------X
In re:                                   :      Chapter 13
                                         :
David Dudick,                            :      Case No. 19-24788
                                         :
                                         :      Hearing Date: August 27, 2019 at 10:00 A.M.
                                         :
                                         :      Judge: Honorable Andrew B Altenburg, Jr.
                  Debtor(s).             :
----------------------------------------------------------------X

### ORDER CONTINUING/EXTENDING AND / OR IMPOSING THE AUTOMATIC STAY AS TO ALL CREDITORS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 27, 2019**

_/s/ Andrew B. Altenburg, Jr._
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtors:  David Dudick  
Case No.:  19-24788  
Caption:  Order Granting Motion to Extend the Automatic Stay as to All Creditors  
Page 2 of 2

      **THIS MATTER** having been opened to the Court by Thomas G. Egner, Esquire, attorney for the debtors herein, and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof it is hereby;

      **ORDERED** that the Automatic Stay be and hereby is extended and/or imposed in the instant case as against all creditors for the duration of this Chapter 13 case or until further order of the Court.