UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
dcarlon@kmllawgroup.com
Attorneys for Movant
New Jersey Housing and Mortgage Finance Agency

Order Filed on October 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

David G. Dudick,

Debtor.

Case No.:  19-24788 ABA
Adv. No.:
Hearing Date:  10/09/19 @10:00 a.m.

Judge:  Andrew B. Altenburg

## AMENDED ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: October 8, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtors:            David G. Dudick
Case No.:           19-24788 ABA
Caption:            **AMENDED ORDER RESOLVING SECURED CREDITOR'S
                    OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, New Jersey Housing and Mortgage Finance Agency, holder of a mortgage on real property located at 614 Lincoln Avenue, Magnolia, NJ, 08049, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Thomas G. Egner, Esquire, attorney for Debtor, David G. Dudick, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the Debtor shall make a payment of $20,000.00 directly to Secured Creditor outside of the plan within 10 days of the confirmation of plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor shall apply that payment to pre-petition arrears and said application shall not be deemed a violation of the automatic stay; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's claim shall be amended to reflect said payment within 60 days of receipt and application of the funds; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor agrees to pay the remaining arrearage claim in full through the plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to object to Secured Creditor's proof claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.