| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>New Jersey Housing and Mortgage Finance Agency |
| In Re:<br><br>David G. Dudick,<br><br>Debtor. |

**Order Filed on October 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  19-24788 ABA
Adv. No.:
Hearing Date:  10/09/19 @10:00 a.m.
Judge:  Andrew B. Altenburg

# AMENDED ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: October 8, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtors: David G. Dudick
Case No.: 19-24788 ABA
Caption: **AMENDED ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, New Jersey Housing and Mortgage Finance Agency, holder of a mortgage on real property located at 614 Lincoln Avenue, Magnolia, NJ, 08049, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Thomas G. Egner, Esquire, attorney for Debtor, David G. Dudick, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the Debtor shall make a payment of $20,000.00 directly to Secured Creditor outside of the plan within 10 days of the confirmation of plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor shall apply that payment to pre-petition arrears and said application shall not be deemed a violation of the automatic stay; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's claim shall be amended to reflect said payment within 60 days of receipt and application of the funds; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor agrees to pay the remaining arrearage claim in full through the plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to object to Secured Creditor's proof claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
David G Dudick  
    Debtor

Case No. 19-24788-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 08, 2019  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2019.  
db          +David G Dudick,    614 Lincoln Ave,    Magnolia, NJ 08049-1522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2019 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency  
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jennifer D. Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com, mdepietro@stark-stark.com  
         Rebecca Ann Solarz    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency rsolarz@kmllawgroup.com  
         Thomas G. Egner    on behalf of Debtor David G Dudick tegner@mcdowelllegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                      TOTAL: 6