

PHIL MURPHY
GOVERNOR

SHEILA OLIVER
LT GOVERNOR

STATE OF NEW JERSEY
DEPARTMENT OF THE TREASURY
DIVISION OF TAXATION
PO BOX 245
TRENTON, N.J. 08695-0245

Fax (609) 292-9614

ELIZABETH MAHER MUOIO
STATE TREASURER

October 29, 2019

RE:   David G. Dudick
      Chapter 13 Proceedings
      **19-24788-ABA**

## NOTICE OF WITHDRAWAL OF PROOF(S) OF CLAIM

To Whom It May Concern:

The State of New Jersey Division of Taxation hereby withdrawals the following proof of claim:

**Claim #7..............................Amt: $924.58**

The above claim is to be henceforth treated as withdrawn, or having never been filed. Should you have any questions, please direct them as indicated below.

Date: 29 OCT. 2019        Signed: _Linda Bednarski_ /lm
                                  Authorized Agent
                                  For the New Jersey Division of Taxation
                                  Linda Bednarski

IN REPLY REFER TO:
  Linda Bednarski, Investigator
  New Jersey Division of Taxation
  Bankruptcy Section
  PO Box 245
  Trenton, NJ 08695-0245
  (609) 984-7842