Printed on: 12/31/2021
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021
**Case Number: 19-24788 (ABA)**

David G. Dudick
614 Lincoln Avenue
Magnolia, NJ 08049

Monthly Payment: $328.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2021 | $328.00 | 02/01/2021 | $328.00 | 03/01/2021 | $328.00 | 04/05/2021 | $328.00 |
| 05/06/2021 | $328.00 | 08/03/2021 | $328.00 | 08/11/2021 | $328.00 | 08/17/2021 | $328.00 |
| 09/09/2021 | $328.00 | 10/06/2021 | $328.00 | 12/29/2021 | $328.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DAVID G. DUDICK | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $500.00 | $500.00 | $0.00 | $500.00 |
| 1 | ARS ACCOUNT RESOLUTION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BOROUGH OF MAGNOLIA | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | NEW JERSEY HOUSING & MORTGAGE FINANCE AGENCY | 24 | $14,289.16 | $6,800.80 | $7,488.36 | $3,495.85 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,358.13 | $0.00 | $1,358.13 | $0.00 |
| 8 | CITIZENS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $334.34 | $0.00 | $334.34 | $0.00 |
| 10 | COMENITYBANK/BRYLANEHO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DFS/WEBBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | DISCOVER BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | DISCOVER FINANCIAL SERVICES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | DISCOVER FINANCIAL SERVICES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | EQUIFAX INFORMATION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | EXPERIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | DEPARTMENT OF THE TREASURY | 33 | $6,285.64 | $0.00 | $6,285.64 | $0.00 |
| 18 | NEW JER HUS/DOVENMUEHL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | PLUESE, BECKER SALTZMAN, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,398.05 | $0.00 | $1,398.05 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,859.53 | $0.00 | $3,859.53 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | STATE OF NEW JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | STEWARD FINANCIAL SERVICES | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | SYNCB/LOWES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | TRANSUNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | DEPARTMENT OF THE TREASURY | 28 | $2,174.16 | $0.00 | $2,174.16 | $0.00 |
| 32 | STATE OF NEW JERSEY | 33 | $924.58 | $0.00 | $924.58 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2019 | 5.00 | $0.00 |
| 01/01/2020 | Paid to Date | $1,155.00 |
| 02/01/2020 | 54.00 | $328.00 |
| 08/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,608.00 |
| Total paid to creditors this period: | $3,995.85 |
| Undistributed Funds on Hand: | $300.45 |
| Arrearages: | $425.00 |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**