Certificate Number: 20668-NJ-DE-038755547

Bankruptcy Case Number: 19-24788



20668-NJ-DE-038755547

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 10, 2024, at 9:17 o'clock AM EDT, David G Dudick completed a course on personal financial management given by internet by Andrew Finberg, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   August 11, 2024                By:    /s/Consuelo v Gerhardt

                                        Name:  Consuelo v Gerhardt

                                        Title: Financial Educator